IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENDO PHARMACEUTICALS SOLUTIONS INC., BAYER INTELLECTUAL PROPERTY GMBH, and BAYER PHARMA AG, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1422 (SLR) (SRF) |
| | ) | |
| PADDOCK LABORATORIES, LLC and PERRIGO COMPANY, | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Expert Rebuttal Report of Dr. Anthony M. Sliwinski*; (2) *Expert Rebuttal Report of Dr. Hartmut Derendorf, Ph. D.*; (3) *Expert Rebuttal Report of Dr. Robert O. Williams III, Ph. D.*; (4) *Expert Rebuttal Report of Mohan Rao, Ph. D.*; and (5) *Expert Rebuttal Report of Professor Allan S. Myerson, Ph. D.* were caused to be served on May 13, 2016 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                              *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
Bindu A. Palapura, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801
*Attorneys for Defendants*

Beth D. Jacob, Esquire                                                    *VIA ELECTRONIC MAIL*
Clifford Katz, Esquire
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178
*Attorneys for Defendants*

Douglass C. Hochstetler, Esquire                                    *VIA ELECTRONIC MAIL*
Constantine Koutsoubas, Esquire
Mark J. Scott, Esquire
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL  60606
*Attorneys for Defendants*

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Derek J. Fahnestock*
                                        _____
                                        Jack B. Blumenfeld (#1014)
                                        Derek J. Fahnestock (#4705)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200
                                        jblumenfeld@mant.com
                                        dfahnestock@mnat.com

                                        *Attorneys for Plaintiffs*

OF COUNSEL:

Adam K. Mortara
J. Scott McBride
Nevin Gewertz
Faye E. Paul
BARTLIT BECK HERMAN PALENCHAR
  & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60654
(312) 494-4400

May 13, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 13, 2016, upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                    *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
Bindu A. Palapura, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801
*Attorneys for Defendants*

Beth D. Jacob, Esquire                                          *VIA ELECTRONIC MAIL*
Clifford Katz, Esquire
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178
*Attorneys for Defendants*

Douglass C. Hochstetler, Esquire                               *VIA ELECTRONIC MAIL*
Constantine Koutsoubas, Esquire
Mark J. Scott, Esquire
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL  60606
*Attorneys for Defendants*

*/s/ Derek J. Fahnestock*
_____
Derek J. Fahnestock (#4705)