# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Derek J. Fahnestock
(302) 351-9347
dfahnestock@mnat.com

September 14, 2016

The Honorable Sue L. Robinson                              *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Endo Pharmaceuticals Solutions Inc., et al. v. Paddock Laboratories, LLC, et al.*,
             C.A. No. 14-1422 (SLR)

Dear Judge Robinson:

      We write to inform the Court that the parties have further met and conferred on the issues discussed during last week's pretrial conference, and have arrived at a stipulation filed today as D.I. 68 that they believe resolves the issues on which the Court had requested letter briefing. As such, the parties do not intend to submit letter briefing today. Counsel are available if the Court should have any questions.

                                      Respectfully,

                                      */s/ Derek J. Fahnestock*

                                      Derek J. Fahnestock (#4705)

DJF:pab
cc:    Clerk of Court (via hand delivery)
        All Counsel of Record (via electronic mail)